No. 05–6465. KING v. HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 05–6470. DALE v. COPLAN, WARDEN, ET AL. Sup. Ct. N. H. Certiorari denied.

No. 05–6475. CHAVEZ-ZARATE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6477. MASTERMAN v. PATRICK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 05–6480. ORONA v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6482. SHAVER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–6488. CORONEL v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 05–6491. MINNIECHESKE v. VILLAGE OF TIGERTON, WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 05–6498. WALKER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 05–6499. WARREN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6501. VICKERS v. SPALDING, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 05–6503. POSEY v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 05–6511. SHARMA v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 05–6518. SIMS v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.